IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TILLMAN,                                    No. C 11-1091 WHA (PR)

              Petitioner,                        **ORDER OF DISMISSAL**

  vs.

BOARD OF PRISON TERMS,

              Respondent.
_____/

      Petitioner, a California prisoner proceeding pro se, has filed a habeas petition pursuant to 28 U.S.C. 2254.  He has used the court's form habeas petition, and his response to virtually every question on the form is "none" or "no recollection."  He states that there was no state court conviction or sentence, that he is not now in custody serving a term on a state conviction, that he does not recollect anything about the charges or the conviction.  He states he had no trial or appeal, and that he recollects nothing about the state post-conviction process.  Most importantly, where he is required to identify the claims he is raising in the instant petition, he states "no recollection."  It is noted that plaintiff filed two prior pro se habeas petitions in recent months, both of which were transferred to a different district because venue was not proper here.  In the absence of any claims or any information about the conviction or other criminal proceedings being challenged in the instant petition, the petition does not state a cognizable claim and is **DISMISSED**.   The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: Mach __22__, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\TILLMAN1091.DSM.wpd